IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **GUMARO VALENCIA**;
2.    ERIC GOMEZ;
3.    ARMANDO SANDOVAL-RODRIGUEZ; and
4.    BLAS SOSA-QUINTERO,

    Defendants.

## ORDER TO SET STATUS CONFERENCE

The Court has been informed by Defendant Gumaro Valencia's counsel that Defendant Valencia will not be accepting the plea agreement in this matter. In light of this information, the change of plea hearing scheduled for January 30, 2006 at 9:30 a.m. is hereby CONVERTED to a status conference, at which time a new trial date will be set.

DATED: January 26, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge