IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 05-cr-00345-PSF

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  GUMARO VALENCIA,

 Defendant.

## ORDER GRANTING DISCLOSURE OF GRAND JURY MATERIAL

 The Court has reviewed the Government's Unopposed Motion for Court's Approval to Disclose Grand Jury Testimony to Defendant (Dkt. # 203).  The Government has obtained testimony in this case from one or more persons who may be called as trial witnesses in the above-referenced case.  Disclosure of this Grand Jury transcript may assist the defendant in preparing for trial.

 IT IS SO ORDERED that the United States may disclose the Grand Jury transcript in the case of *United States v. Awner Solares* to counsel for Defendant Valencia.

 DATED:  April 18, 2006

              BY THE COURT:

              *s/ Phillip S. Figa*

              Phillip S. Figa
              United States District Judge