IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **GUMARO VALENCIA**;
2. ERIC GOMEZ;
3. ARMANDO SANDOVAL-RODRIGUEZ; and
4. BLAS SOSA-QUINTERO,

    Defendants.

_____

**ORDER FOR WRIT OF HABEAS CORPUS AND TESTIFICADUM**
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, AWNER NOE SOLARES, before United States District Judge Phillip S. Figa, on April 25, 2006, at 8:30 a.m., and day to day thereafter, for a five-day jury trial in the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and

immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

DATED April 24, 2006.

                        BY THE COURT:

                        *s: Phillip S. Figa*
                        _____
                        Phillip S. Figa
                        United States District Judge