IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00345-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **GUMARO VALENCIA**;
2. ERIC GOMEZ;
3. ARMANDO SANDOVAL-RODRIGUEZ; and
4. BLAS SOSA-QUINTERO,

    Defendants.

---

## ORDER RESETTING SENTENCING

---

Pursuant to a telephone conference between chambers and both counsel, the sentencing hearing on behalf of Defendant Gumaro Valencia currently set for July 18, 2006 at 1:30 p.m. is RESET to **Thursday, July 20, 2006, at 1:30 p.m.** The Court has set aside two and one-half hours for this hearing.

DATED: July 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge